**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
*e-mail: vshjah@aol.com*

Attorney for Defendant
**AMOS JACKSON, III**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**            ) <br> ) <br>              Plaintiff,            ) <br> ) <br> v.            ) <br> ) <br> **AMOS JACKSON, III**,            ) <br> ) <br>              Defendant.            ) <br> _____ ) | CR. S-03-0371 MCE <br><br> ~~PROPOSED~~ ORDER |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal appearance of defendant, AMOS JACKSON, may be waived herein in connection with the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

DATE: July 5, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE