```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:03-cr-0371-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER** |
| v. ) | **TO CONTINUE STATUS CONFERENCE** |
| ) | **REGARDING SENTENCING** |
| AMOS JACKSON, III; and ) | |
| DEMOND VAUGHN, et al., ) | |
| ) | DATE: March 28, 2006 |
| Defendants. ) | TIME: 8:30 a.m. |
| _____) | CTRM: Hon. Morrison C. England, Jr. |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and counsels for the defendants Amos Jackson, III, and Demond Vaughn stipulate and request that the Court continue the status conference regarding sentencing in this case from March 28, 2006, to June 27, 2006, at 8:30 a.m.

///

///

///

///

///

1

The Speedy Trial Act does not apply between conviction and sentencing.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: March 30, 2006        By: /s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

DATED: March 30, 2006        By: /s/ Victor Haltom
                                        Victor Haltom, Esq., Attorney
                                        for Defendant Amos Jackson, II

DATED: March 30, 2006        By: /s/ Christopher Haydn-Myer
                                        Christopher Haydn-Myer, Esq.,
                                        Attorney for Defendant
                                        Demond Vaughn

---

## ORDER

**IT IS SO ORDERED.**

DATED: April 3, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE