# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:03-cr-371 MCE
)
AMOS JACKSON, III

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **AMOS JACKSON, III**

Detained at (custodian): **USP LEE**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment     ☐ Information     ☐ Complaint
    Charging Detainee With: **BANK ROBBERY**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

    Signature: /s/ William S. Wong
    Printed Name & Phone No: **WILLIAM S. WONG - (916) 554-2790**
    Attorney of Record for: United States of America

### WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *FORTHWITH*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: May 26, 2010

    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

Please provide the following, if known:
AKA(s) (if applicable): _____ Male ☐     Female ☐

Form Crim-48      Revised 11/19/97

| | | | |
|---|---|---|---|
| Booking or CDC #: | 14672-097 | DOB: | |
| Facility Address: | P.O. Box 900 | Race: | |
| | Jonesville, VA 24263 | FBI #: | |
| Facility Phone: | (276) 546-0150 | | |
| Currently Incarcerated For: | Bank Robbery | | |

**RETURN OF SERVICE**

Executed on _____ by _____   _____
                                                                                                                                  (Signature)

Form Crim-48                                                                                                                                     Revised 11/19/97